# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thorson, Becky R. | United States District Court, District of Minnesota | 09/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge, Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

346 Warren E Burger Federal Building and US Courthouse
316 N Robert Street, Suite 646
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Bar Association, Minnesota Chapter |
| 2. | Board of Trustees | Mitchell Hamline School of Law |
| 3. | Board of Directors | Infinity Project |
| 4. | Member | The Honorable Jimmie V. Reyna Intellectual Property American Inn of Court to the Organizations |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Robins Kaplan, LLP Defined Benefit Plan, former law firm, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thorson, Becky R.** | 09/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | 3M Company, fixed benefits from 3M VIP ESOP Dividends |
| 2. | 2019 | 3M Company, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Department of State | 05/17/19-05/24/19 | Nur-Sultan, Kazakhstan | Attending meeting or seminar with another government entity. | Transportation, meals, hotel |
| 2. | Administrative Office of US Courts | 05/29/19-05/31/19 | Tofte, MN | Attend non-FJC sponsored seminar program | Transportation, meals, hotel |
| 3. | Department of Commerce | 07/16/19-07/22/19 | Batumi, Georgia | Attending meeting or seminar with another government entity. | Transportation, meals, hotel |
| 4. | American Bar Association | 11/06/19-11/09/19 | New Orleans, LA | Attend non-FJC sponsored sseminar program | Transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 09/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank, 3M Stock, common | B | Dividend | | | Merged (with line 4) | 01/01/19 | L | | |
| 2. Wells Fargo Bank, 3M Stock, common | C | Dividend | | | Merged (with line 4) | 01/01/19 | L | | |
| 3. Wells Fargo Bank, Accounts | C | Interest | K | T | | | | | |
| 4. National Financial Services LLC, 3M Stock (Fidelity) | E | Dividend | O | T | | | | | |
| 5. National Financial Services LLC, 3M Stock Option | A | Dividend | K | T | | | | | |
| 6. National Financial Services LLC, 3M US GESPP (Fidelity) | C | Distribution | | | Distributed | 01/01/19 | J | | |
| 7. US Bank, Accounts | C | Interest | K | T | | | | | |
| 8. Robins Kaplan LLP Supplemental Retirement Plan Cash Surrender Value | D | Int./Div. | M | T | | | | | |
| 9. 3M VIP Retirement Account, State Street: (H1) (H) | | | | | | | | | |
| 10. 3M Stock Fund | C | Dividend | O | T | | | | | |
| 11. 3M LifePath Retirement | C | Dividend | N | T | Sold (part) | 09/09/19 | N | | Money Market Fund |
| 12. 3M LifePath Retirement | C | Dividend | N | T | Sold (part) | 09/09/19 | O | | Long Term Bond Index Fund |
| 13. Money Market Fund | B | Interest | N | T | Buy | 09/09/19 | N | | Money Market Fund |
| 14. Long Term Bond Index Fund | A | Interest | O | T | Buy | 09/09/19 | O | | Long Term Bond Index Fund |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII:  Becky Thorson's retirement holdings consist of the Robins Kaplan LLP Supplemental Retirement Plan and the Robins Kaplan LLP Defined Benefit Pension Plan ( See Section II).  The Supplemental Plan as of December 31, 2019 is valued at $190,882. This plan was funded by Robins Kaplan LLP.  The Becky Thorson Supplemental Retirement Plan Trust ( a grantor trust) holds a Variable Universal Life Policy from the Minnesota Life Company.  She has no control over this trust.  The Cash Surrender Value of the policy funds the Supplemental Retirement Plan.


Section VII:  National  Financial Services (Fidelity) holds the 3M Stock Option Plan.  Theses shares when excercised are reportable through W2 earnings as Non-Qualified Stock Options (NSO) earnings.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Becky R. Thorson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544